UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT COOKS,

                Plaintiff,

          v.

TARGET CORPORATION,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12-7-20

20-CV-7593 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff Robert Cooks initially filed this action against three defendants: Target Corporation, Target Corporation Bronx Terminal Store, and Target. *See* Dkt. 1. On October 19, 2020, the parties stipulated to the dismissal of Target Corporation Bronx Terminal Store and Target from this action. *See* Dkt. 9. The Clerk of Court is hereby directed to remove "Target Corporation Bronx Terminal Store" and "Target" from the case caption in this case, leaving the case name as followings: *Cooks v. Target Corporation*.

SO ORDERED.

Dated:    December 7, 2020
             New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge