UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

   ROBERT COOKS,

                     Plaintiff,

          -against-

   TARGET CORPORATION,

                    Defendant.
-----------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 12/08/2020**

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**20-CV-7593 (RA)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 16).  A telephonic settlement conference in this matter is scheduled for **Monday, February 22, 2021 at 2:00 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **February 15, 2021 by 5:00 p.m.**

       **SO ORDERED.**

Dated: December 8, 2020
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge