# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, NEW YORK, NY 10018
PHONE (212) 869-3200    FAX (212) 869-4242

aspitz@molodspitz.com

www.molodspitz.com

NEW JERSEY OFFICE*
35 JOURNAL SQUARE, SUITE 1005
JERSEY CITY, NJ 07306
(201) 795-5400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/05/2021

MEMO ENDORSED

February 4, 2021

**VIA ECF**
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    Robert Cooks v. Target Corporation
              Date of Accident:  February 27, 2020
              Docket # 20-cv-07593

Dear Honorable Judge Parker,

      Our office represents the defendant in the above captioned action. I've consulted plaintiff's counsel who joins in this application.

      As per the Order Scheduling Settlement Conference dated December 8, 2020, a telephonic settlement conference was scheduled for Monday, February 22, 2021 at 2:00 p.m. All parties were directed to complete a Settlement Conference Summary Report by February 15, 2021.

      We respectfully request for the submission deadline and conference to be adjourned to a later date. Plaintiff's discovery responses included medical records, which indicate that plaintiff was previously in a car accident in 2019 where he injured body parts alleged to be injured in the present action. Accordingly, we have requested authorizations to obtain records related to plaintiff's medical treatment regarding that accident. We have not yet received medical records from the providers with whom plaintiff treated in this accident.

      Further, the depositions are not yet scheduled since we do not have the medical records.

      Without these records and the deposition Target will not be able to evaluate the case for settlement.

> Very truly yours,
> MOLOD SPITZ & DeSANTIS, P.C.
>
> By: *Alice Spitz*
>         Alice Spitz

AS:mdr

Cc:
    William Hamel
    wh@hamellawny.com

---

**The telephonic settlement conference in this matter previously scheduled for Monday, February 22, 2021 at 2:00 p.m. is hereby rescheduled for <u>Monday, May 10, 2021 at 2:00 p.m.</u> The parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267. Corporate parties must send the person with decision making authority to settle the matter to the conference. Pre-conference submissions must be received by the Court no later than <u>May 3, 2021 by 5:00 p.m.</u>**

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
02/05/2021